UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER, | No. 2:21-cv-1700 KJN P |
| Plaintiff, | |
| v. | ORDER |
| S. HOLLISON, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner, proceeding pro se. Defendant Hollison requested an extension of the discovery deadline. As discussed below, defendant's motion is granted. (ECF No. 37.)

Background

      On May 13, 2022, the court issued the discovery and scheduling order. (ECF No 32.) On September 7, 2022, defendant's first request to modify the discovery order was granted. The discovery deadline was extended to November 16, 2022, and the pretrial motions deadline was extended to February 9, 2023.

      Defendant now requests an additional 62-day extension of the discovery deadline. Defendant met and conferred with plaintiff who agreed to the extension. (ECF No. 37-1 at 2.)

Governing Standards

      "The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal

quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"  Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Discussion

  Having read and considered defendant's request and the declaration of defendant's counsel supporting the request, and good cause appearing, defendant's motion is granted.  The discovery deadline is extended to January 17, 2023, for both parties.  As a result, the pretrial motions deadline is also extended.

  Accordingly, IT IS HEREBY ORDERED that:

  1.  Defendant's motion (ECF No. 37) is granted; and

  2.  The May 13, 2022 discovery and scheduling order (ECF No. 32) is revised as follows: the discovery deadline is extended to January 17, 2023, and the pretrial motions deadline is extended to April 17, 2023.  In all other respects, the discovery and scheduling order remains in effect.

Dated:  November 7, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mill1700.16b2