UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>S. HOLLISON, et al.,<br><br>    Defendants. | No. 2:21-cv-1700 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. Defendant Hollison filed a motion to modify the scheduling order, seeking a 91 day extension of the pretrial motions deadline. As discussed below, defendant's motion is granted.

<u>Background</u>

On May 13, 2022, the court issued the discovery and scheduling order. (ECF No 32.) On September 7, 2022, defendant's first request to modify the discovery order was granted. The discovery deadline was extended to November 16, 2022, and the pretrial motions deadline was extended to February 9, 2023. (ECF No. 34.)

On November 7, 2023, defendant's second request to extend the discovery deadline was granted. (ECF No. 38.) The discovery deadline was extended to January 17, 2023, and the pretrial motions deadline was extended to April 17, 2023.

Discovery is now closed.

The parties have been engaged in serious settlement negotiations. (ECF Nos. 36, 39 at 2.)

On April 11, 2023, defendant filed a motion for 91 day extension of the pretrial motions deadline. (ECF No. 39.) Defendant met and conferred with plaintiff who agreed to the extension so that the settlement negotiations could continue. (ECF No. 39 at 1-2; 39-1 at 1-2.)

Governing Standards

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Discussion

Having read and considered defendant's request and the declaration of defendant's counsel supporting the request, and good cause appearing, defendant's motion is granted.[1] The pretrial motions deadline is extended to July 17, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion (ECF No. 39) is granted; and

2. The May 13, 2022 discovery and scheduling order (ECF No. 32) is revised as follows: the pretrial motions deadline is extended to July 17, 2023. In all other respects, the discovery and scheduling order remains in effect.

Dated:  April 17, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mill1700.16b3

---

[1] If the parties believe that a further settlement conference is warranted, they may file a request. Provided both parties waive conflict, they may request a settlement conference before the undersigned.